# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Samuel E. Montgomery**                                                      Case No.  **24-14066**
Debtor(s)                                                       Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **December 9, 2024**         /s/ **Samuel E. Montgomery**
                                    **Samuel E. Montgomery**
                                    Signature of Debtor