UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Samuel E. Montgomery,** | : | Chapter 7 |
| | : | |
| | : | Case No. 24-14066 (PMM) |
| | : | |
| **Debtor.** | : | |

## ORDER TO SHOW CAUSE

**AND NOW,** this bankruptcy case having been filed on November 13, 2024;

AND the Debtor having failed to appear at two (2) scheduled §341 meetings, see doc. no. 26;

It is hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Tuesday, February 25, 2025 at 11:00 a.m. in in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601** and show cause why this case should not be dismissed for failure to appear at any of the §341 meetings.

Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

Date: 2/11/25

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE