IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13

**Samuel E. Montgomery,** :

              Debtor. : Case No. 24-14066 (PMM)

### ORDER CONTINUING HEARING AND DIRECTING COUNSEL TO APPEAR

**AND NOW**, a hearing on the Court's Order to Show Cause (doc. #28) having been held on February 25, 2025;

AND counsel for the Debtor having failed to appear at the hearing in order to represent the interests of his client;

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that:

1) The Debtor is directed to appear and provide testimony at the rescheduled Section 341(a) meeting of creditors before the chapter 7 trustee Lynn Feldman on **Wednesday, March 26 2025 at 1:30 p.m**. by Zoom.us - Feldman: Meeting ID 338 9131039, Passcode 3443449121, Phone 1 (267) 635-2246.

2) A continued hearing on the Court's Order to Show Cause shall be held on **Tuesday, April 1, 2025 at 11:00 a.m.,** United States Bankruptcy Court, 4th floor Courtroom , 201 Penn Street, Reading, Pennsylvania 19601.

3) Counsel for the Debtor **shall** promptly provide Lynn Feldman, chapter 7 trustee with the Debtor's identifying information (driver's license and social security number), as well as any other information requested.

4) Counsel for the Debtor **SHALL APPEAR** both at the continued §341 meeting of creditors and at the continued Show Cause hearing.

Dated: 2/25/25

                                                          Hon. Patricia M. Mayer
                                                          United States Bankruptcy Judge

Copies to:
Samuel E. Montgomery
422 Ann Street
Reading, PA 19611