UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Samuel E. Montgomery,           :       Chapter 7
                                        :
           Debtor                      :       Bky. No. 24-14066 PMM

-----------------------------------------------------------

## ORDER DISGORGING COUNSEL FEES

**AND NOW,** upon consideration of this Court's Order directing counsel for the Debtor, Joseph T. Bambrick, Jr., Esq. to appear and show cause why his fees in this case should not be disgorged (doc. # 38, the "Show Cause Order");

**AND** a hearing with regard to the Show Cause Order having been held and concluded on April 1, 2025;

**AND** for the reasons stated on the record at the hearing; it is hereby **ORDERED** that:

1)    Mr. Bambrick shall disgorge the entire payment of $670.00 received; and

2)    Mr. Bambrick shall return the payment of $670.00 to the Debtor by way of cashier's check on or before **May 1, 2025**.

*Patricia M. Mayer*

**Date: 4/1/25**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Samuel E. Montgomery
422 Ann Street
Reading, PA 19611